UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 11056 JLT

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>TIMOTHY MCNAMARA, 74 KENT STREET, LLC, and RESOURCE CAPITAL GROUP LP-1 LIMITED PARTNERSHIP,<br>　　　　　　　　Defendants | Civil Action No. |

## L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3, Clarendon National Insurance Company hereby discloses that it is a member of the Clarendon Group, a wholly owned subsidiary of Hanover Re. Hannover Re trades publicly on the Xetra, Frankfurt, and Hannover stock exchanges in Germany. Hannover Re also trades in the United States in the form of an American Depository Receipt on the OTC market. Fifty-one percent of Hanover Re's shares are owned by Talanx A.G., a wholly owned subsidiary of Haftpflichtverband der Deutschen Industrie V.a.G.

- 2 -

          Respectfully submitted,
          CLARENDON NATIONAL INSURANCE
          COMPANY
          By its Attorneys,

          _____
          Edward J. Barshak
          John G. O'Neill
          SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
          101 Merrimac Street
          Boston, MA 02114-4737
          (617) 227-3030

Dated: May 19, 2005

363385.1