# UNITED STATES DISTRICT COURT

District of  Massachusetts

Clarendon National Insurance Company

V.

Timothy McNamara, 74 Kent Street, LLC, and Resource Capital Group LP-1 Limited Partnership

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 11056 JLT

TO: (Name and address of Defendant)

Timothy McNamara
74 Kent Street Unit C14
Brookline, MA 02445

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward J. Barshak, Esquire
John G. O'Neill, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    MAY 19 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 20, 2005 |
| NAME OF SERVER *(PRINT)* <br> Michael B. Fixman | TITLE <br> Constable, A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: _____
   Served in hand to Timothy McNamara at 74 Kent St., Brookline, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 20, 2005    *[signature]*
              Date            Signature of Server

72 Hancock St., Everett, MA

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.