♦AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Clarendon National Insurance Company
V.
Timothy McNamara, 74 Kent Street, LLC, and Resource Capital Group LP-1 Limited Partnership

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11056 JLT

TO: (Name and address of Defendant)

74 Kent Street LLC
Attn: Alex M. Steinbergh, Trustee
c/o RCG LLC
17 Ivaloo Street, Suite 100
Somerville, MA 02139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward J. Barshak, Esquire
John G. O'Neill, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                            MAY 10 2005
CLERK                                                         DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ & Exhibit A | May 24, 2005 |
| NAME OF SERVER (PRINT) Michael B. Fixman' | TITLE Constable A disinterested person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
17 Ivaloo St., Suite 100, Somerville, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand to Stephen Clark, General Counsel for RCG LLC and agent authorized to accept service on behalf of 74 Kent Street LLC and Alex M. Steinbergh, Trustee.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 24, 2005          _[signature]_
              Date                  Signature of Server

72 Hancock St., Everett, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.