UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL
INSURANCE COMPANY,
                    Plaintiff

v.                                              Civil Action No. 05 11056 JLT

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                    Defendants

## STIPULATION REGARDING CLAIMS AGAINST ALEX STEINBERGH

The plaintiff, Clarendon National Insurance Company ("Clarendon"), and the defendant, Alex M. Steinbergh, hereby stipulate that Clarendon's claims with respect to Steinbergh are asserted against him in his representative capacity as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC, and are not asserted against him individually.

Respectfully submitted,
CLARENDON NATIONAL INSURANCE
COMPANY
By its Attorneys,

_____
Edward J. Barshak, BBO# 032040
John G. O'Neill, BBO# 630272
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated: June 20, 2005

ALEX M. STEINBERGH

By his Attorney,

_____
Stephen S. Clark, BBO# 085500
General Counsel
RCG LLC
17 Ivaloo Street Suite 100
Somerville, MA 02143
(617) 625-8315

## CERTIFICATE OF SERVICE

    I, John G. O'Neill, hereby certify that on the above date I served the foregoing document upon the other parties to this litigation by mailing a copy of same to:

Stephen S. Clark, Esquire
General Counsel
RCG LLC
17 Ivaloo Street
Suite 100
Somerville, MA 02143

Roger S. Davis, Esquire
Davis & Rubin
One Bowdoin Square, Suite 801
Boston, MA 02114

                              _____
                              John G. O'Neill

364570.1