UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL INSURANCE
COMPANY,

                      Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,

                      Defendants

Civil Action No. 05 11056 JLT

**PLAINTIFF CLARENDON NATIONAL INSURANCE
COMPANY'S CERTIFICATION PURSUANT TO L.R. 16.1**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the defendant,

Clarendon National Insurance Company, and its counsel have conferred: (i) with a view to

establishing a budget for the costs of conducting the full course – and various alternative courses

– of the litigation; and (ii) to consider the resolution of the litigation through the use of

alternative dispute resolution.

CLARENDON NATIONAL INSURANCE
COMPANY
By:

Jeffrey Bach, Team Leader
North American Risk Services, Inc.
Third Party Administrator for Clarendon
National Insurance Company

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
By:

Edward J. Barshak, BBO No. 032040
John G. O'Neill, BBO No. 630272
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated:  September 27, 2005

367801.1