UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br>                  Plaintiff<br><br>v.<br><br>TIMOTHY MCNAMARA, 74 KENT STREET, LLC, and<br>ALEX M. STEINBERGH,<br>                  Defendants | Civil Action No. 05 11056 JLT |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

      Kindly enter my appearance on behalf of the plaintiff, Clarendon National Insurance Company, in the above-referenced matter. Edward J. Barshak of this firm will continue to represent the plaintiff in this matter.

      /s/ John G. O'Neill /s/
      John G. O'Neill, BBO No. 630272
      Sugarman, Rogers, Barshak & Cohen, P.C.
      101 Merrimac Street
      Boston, MA 02114-4737
      (617) 227-3030
      oneill@srbc.com

Dated:  September 28, 2005

368134.1