UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL
INSURANCE COMPANY,

                Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,

                Defendants

Civil Action No. 05 11056 JLT

## JOINT MOTION TO ENTER STIPULATED JUDGMENT

The plaintiff, Clarendon National Insurance Company, and the defendants, 74 Kent

Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74

Kent Street, LLC, jointly move that the Court enter the accompanying stipulated declaratory

judgment. As grounds for their motion, the parties state that they have agreed to the stipulated

judgment as part of their resolution of any disputes between them in this matter.

WHEREFORE, Clarendon, 74 Kent Street, LLC and Steinbergh request that the Court

enter the accompanying stipulated judgment.

Respectfully submitted,
CLARENDON NATIONAL INSURANCE
COMPANY

By its Attorneys,

Edward J. Barshak, BBO# 032040
John G. O'Neill, BBO# 630272
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated:  September 26, 2005

Respectfully submitted,
74 KENT STREET, LLC and ALEX
M. STEINBERGH AS TRUSTEE
OF THE 74 KENT TRUST

By their Attorney,

Stephen S. Clark, BBO# 085500
General Counsel
RCG LLC
17 Ivaloo Street Suite 100
Somerville, MA 02143
(617) 625-8315

## CERTIFICATE OF SERVICE

28th of September 2005

I, John G. O'Neill, hereby certify that on the ~~above date~~ I served the foregoing document upon the other parties to this litigation by mailing a copy of same to:

Stephen S. Clark, Esquire
General Counsel
RCG LLC
17 Ivaloo Street
Suite 100
Somerville, MA 02143

Roger S. Davis, Esquire
Davis & Rubin
One Bowdoin Square, Suite 801
Boston, MA 02114

John G. O'Neill

367779.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL
INSURANCE COMPANY,
                              Plaintiff

v.                                                      Civil Action No. 05 11056 JLT

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                              Defendants

## STIPULATED DECLARATORY JUDGMENT

By stipulation of the plaintiff, Clarendon National Insurance Company, and the

defendants, 74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust,

managing member of 74 Kent Street, LLC, the Court hereby declares that:

1.      (Counts I – IV) The defendants, 74 Kent Street, LLC and Alex M. Steinbergh as

Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC, cannot recover any

additional amounts from the plaintiff, Clarendon National Insurance Company, under property

insurance policy No. BHP 189700 for a water loss that occurred at the Brookline Village Lofts

Condominium complex on or about October 9, 2002.

2.      This judgment shall not affect any claims under Clarendon National Insurance

Company liability insurance policy No. BHL 189700.

3.      Each party shall bear its own costs.

_____
Joseph L. Tauro , U.S.D.J.

364570.1