UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY<br>    Plaintiff<br><br>V.<br><br>TIMOTHY McNAMARA, ET AL<br>    Defendants | C.A. NO. 05-11056-JLT |

**MOTION OF DEFENDANT TIMOTHY McNAMARA
TO DISMISS COMPLAINT**

The defendant, Timothy McNamara, moves that the Complaint be dismissed on the grounds that the action is premature and moot, presents no issues in controversy for this Court to determine, and that the Court should exercise its discretion to abstain, as further set forth in the accompanying memorandum in support of this Motion filed herewith.

<u>L.R. 7.1 Certification</u>

The undersigned hereby certifies that he has discussed the matters set forth in this Motion with plaintiff's counsel, Attorney John O'Neill, on September 27, 2005, but cannot resolve or narrow the issues set forth herein.

September 29, 2005                        Attorney for defendant,
                                                                  Timothy McNamara,

                                                                    /s/Roger S. Davis
                                                                  Roger S. Davis
                                                                  BBO No. 116320
                                                                  DAVIS & RUBIN
                                                                  One Bowdoin Square
                                                                  Suite 901
                                                                  Boston, MA  02114-2919
                                                                  (617) 742-4300

MCNAMARA4:CNIC:MOTDISM