UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL INSURANCE
COMPANY,
                          Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                          Defendants

Civil Action No. 05 11056 JLT

**JOINT STATEMENT
PURSUANT TO LOCAL RULE 16.1**

Pursuant to L.R. 16.1, the plaintiff, Clarendon National Insurance Company ("Clarendon"), and the defendant, Timothy McNamara, submit the following proposed pretrial schedule.[1] This is an action brought by Clarendon seeking a declaratory judgment that the defendants are not entitled to coverage under a property insurance policy, BHP 189700, issued to, among others, 74 Kent Street, LLC. Clarendon anticipates that the case can be resolved on summary judgment without any discovery. McNamara has filed a motion to dismiss this action, also without any discovery. Accordingly, the parties submit the following proposed schedule, which contemplates a first phase for initial disclosures and the filing of motions for summary judgment and/or dismissal, and a second phase for any remaining discovery, which will occur only if the case is not resolved in the first phase.

---

[1] The remaining defendants, 74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC, have settled the claims in this action by agreeing to the entry of a stipulated declaratory judgment.

## PHASE I

A.  Initial Disclosures:

    Completed.

B.  Certifications:

    Completed.

C.  Motions for summary judgment and/or dismissal:

    Motions to be filed no later than December 1, 2005.

    Oppositions to be filed no later than January 6, 2006.

    Hearing date to be scheduled by the Court.

## PHASE II

A.  Depositions and discovery:

    To be completed by March 1, 2006.

B.  Hearings, Pre-Trial Conference, Trial Date

    To be scheduled by the Court.

| | |
|---|---|
| Respectfully submitted,<br>CLARENDON NATIONAL INSURANCE COMPANY<br>By its Attorneys, | Respectfully submitted,<br>TIMOTHY MCNAMARA<br><br>By his Attorney, |
| s/s John G. O'Neill<br>Edward J. Barshak, Esquire<br>John G. O'Neill, Esquire<br>SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.<br>101 Merrimac Street<br>Boston, MA 02114-4737<br>(617) 227-3030 | s/s Roger S. Davis<br>Roger S. Davis, Esquire<br>DAVIS & RUBIN<br>One Bowdoin Square, Suite 801<br>Boston, MA 20114<br>(617) 742-4300 |

Dated: October 3, 2005

CERTIFICATE OF SERVICE

      I, John G. O'Neill, hereby certify that on the above date I served the foregoing document by mailing a copy of same to:

Roger S. Davis, Esquire
Davis & Rubin
One Bowdoin Square, Suite 801
Boston, MA 02114

_____
John G. O'Neill

368137.1