UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL
INSURANCE COMPANY,
                    Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                    Defendants

Civil Action No. 05 11056 JLT

## STIPULATED DECLARATORY JUDGMENT

By stipulation of the plaintiff, Clarendon National Insurance Company, and the defendants, 74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC, the Court hereby declares that:

1. (Counts I – IV) The defendants, 74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC, cannot recover any additional amounts from the plaintiff, Clarendon National Insurance Company, under property insurance policy No. BHP 189700 for a water loss that occurred at the Brookline Village Lofts Condominium complex on or about October 9, 2002.

2. This judgment shall not affect any claims under Clarendon National Insurance Company liability insurance policy No. BHL 189700.

3. Each party shall bear its own costs.

                                                  Joseph L. Tauro, U.S.D.J.

                                                  10/3/05

364570.1