UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 13 P 4: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br>　　　　　　　Plaintiff<br><br>v.<br><br>TIMOTHY MCNAMARA, 74 KENT STREET, LLC, and<br>ALEX M. STEINBERGH,<br>　　　　　　　Defendants | Civil Action No. 05 11056 JLT |

## PLAINTIFF CLARENDON NATIONAL INSURANCE COMPANY'S OPPOSITION TO MOTION TO DISMISS AND CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS

The plaintiff, Clarendon National Insurance Company ("Clarendon"), hereby opposes the motion the defendant, Timothy McNamara, seeking dismissal of this case under the *Colorado River* abstention doctrine. As set forth in accompanying memorandum of law, this action involves questions as to whether McNamara is entitled to recover for a water loss that occurred on October 9, 2002 under a property insurance policy, BHP 0189700 (the "Policy"), issued by Clarendon to the developer and the Trustees of the condominium in which McNamara was a unit owner.[1] The present dispute involves no novel issues of state insurance law, and this Court can and should exercise jurisdiction over this matter, notwithstanding McNamara's recent filing, some five months after this action was commenced, of a state court lawsuit seeking recovery against the developer.

---

[1] The named insureds, Resource Capital Group, 74 Kent Street, LLC, and Alex Steinbergh, have already stipulated to a declaratory judgment that they are not entitled to any further coverage under the Policy.

Moreover, because it is undisputed that the Policy contains a two-year contractual limitations period and McNamara has admitted in his answer that he was aware of the water loss in October 2002, it is clear, as a matter of law, that McNamara cannot pursue additional coverage under the Policy. For this reason, the Court should grant Clarendon judgment on the pleadings, and enter a judgment declaring that McNamara is not entitled to any further coverage under the Policy.

WHERFORE, Clarendon requests that the Court deny McNamara's motion to dismiss, and grant its cross-motion for judgment on the pleadings.

Respectfully submitted,
CLARENDON NATIONAL INSURANCE
COMPANY
By its Attorneys,

_____
Edward J. Barshak, BBO No. 032040
John G. O'Neill, BBO No. 630272
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated: October 13, 2005

## CERTIFICATE OF SERVICE

    I, John G. O'Neill, hereby certify that the above date, I served the foregoing document upon the other parties to this litigation by mailing a copy of same to:

Stephen S. Clark, Esquire
General Counsel
RCG LLC
17 Ivaloo Street
Somerville, MA 02143

Roger S. Davis, Esquire
Davis & Rubin
One Bowdoin Square, Suite 801
Boston, MA 02114

                                          _____
                                          John G. O'Neill

368585.1