FILED
IN CLERKS OFFICE

2005 OCT 18  P 12: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL INSURANCE
COMPANY,
                Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                Defendants

Civil Action No. 05 11056 JLT

## PLAINTIFF CLARENDON NATIONAL INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

The plaintiff, Clarendon National Insurance Company ("Clarendon"), moves that the Court enter judgment in its favor based upon the pleadings. As set forth in accompanying memorandum of law, this action involves questions as to whether McNamara is entitled to recover for a water loss that occurred on October 9, 2002 under a property insurance policy, BHP 0189700 (the "Policy"), issued by Clarendon to the developer and the Trustees of the condominium in which McNamara was a unit owner.[1] It is undisputed that the Policy contains a two-year contractual limitations period and McNamara has admitted in his answer that he was aware of the water loss in October 2002, it is clear, as a matter of law, that McNamara cannot pursue additional coverage under the Policy. For this reason, the Court should grant Clarendon judgment on the pleadings, and enter a judgment declaring that McNamara is not entitled to any further coverage under the Policy.

---

[1] The named insureds, Resource Capital Group, 74 Kent Street, LLC, and Alex Steinbergh, have already stipulated to a declaratory judgment that they are not entitled to any further coverage under the Policy.

WHERFORE, Clarendon requests that the Court grant its motion for judgment on the pleadings.

> Respectfully submitted,
> CLARENDON NATIONAL INSURANCE
> COMPANY
> By its Attorneys,
>
> _____
> Edward J. Barshak, BBO No. 032040
> John G. O'Neill, BBO No. 630272
> SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
> 101 Merrimac Street
> Boston, MA 02114-4737
> (617) 227-3030

Dated: October 17, 2005

### CERTIFICATE OF SERVICE

I, John G. O'Neill, hereby certify that the above date, I served the foregoing document upon the other parties to this litigation by mailing a copy of same to:

Stephen S. Clark, Esquire
General Counsel
RCG LLC
17 Ivaloo Street
Somerville, MA 02143

Roger S. Davis, Esquire
Davis & Rubin
One Bowdoin Square, Suite 801
Boston, MA 02114

_____
John G. O'Neill

368859.1