UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL
INSURANCE COMPANY,
                     Plaintiff

v.

TIMOTHY MCNAMARA, 74 KENT
STREET, LLC, and
ALEX M. STEINBERGH,
                     Defendants

Civil Action No. 05 11056 JLT

## Second STIPULATED DECLARATORY JUDGMENT

By stipulation of the plaintiff, Clarendon National Insurance Company, and the defendant, Timothy McNamara, ~~74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC~~, the Court hereby declares that:

1. (Counts I – IV) The defendant, Timothy McNamara, ~~74 Kent Street, LLC and Alex M. Steinbergh as Trustee of the 74 Kent Trust, managing member of 74 Kent Street, LLC~~, cannot recover any additional amounts from the plaintiff, Clarendon National Insurance Company, under property insurance policy Commercial Inland Marine Declarations No. BHP 189700 for a water loss that occurred at the Brookline Village Lofts Condominium complex on or about October 9, 2002.

2. This judgment shall not affect any claims by McNamara under Clarendon National Insurance Company liability insurance policy No. BHL 189700.

3. Each party shall bear its own costs.

                                                            _/s/ Joseph L. Tauro_
                                                          Joseph L. Tauro, U.S.D.J.

364570.1

For Clarendon National Insurance Company: _/s/_

For Timothy McNamara: _/s/_