UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLARENDON NATIONAL INSURANCE          *
COMPANY,                              *
                                      *
              Plaintiff,              *
                                      *          Civil Action No. 05-11056-JLT
       v.                             *
                                      *
                                      *
TIMOTHY MCNAMARA, 74 KENT STREET,     *
LLC, AND ALEX M. STEINBERGH,          *
                                      *
                                      *
                                      *
              Defendants.             *

ORDER

October 19, 2005

TAURO, J.

       After a Conference held on October 19, 2005, this Court hereby orders that:

       1.    Defendant's Motion to Dismiss Complaint [#13] is DENIED as MOOT.

       2.    Plaintiff's Motion for Judgment on the Pleadings [#20] is DENIED as MOOT.


       IT IS SO ORDERED.


                                          ____/s/ Joseph L. Tauro____
                                          United States District Judge